No. 818. KINSEY v. FLORIDA. February 12, 1945. Petition for writ of certiorari to the Supreme Court of Florida denied.

No. 887. LYERLA v. NIERSTHEIMER, WARDEN;
No. 889. CORDTS v. RAGEN, WARDEN;
No. 891. KIRSCH v. RAGEN, WARDEN;
No. 894. GAPINSKI v. NIERSTHEIMER, WARDEN; and
No. 910. VAN DYKE v. NIERSTHEIMER, WARDEN. February 12, 1945. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 775. DAVIS, ADMINISTRATRIX, v. ALABAMA GREAT SOUTHERN RAILROAD Co. February 12, 1945. Petition for writ of certiorari to the Supreme Court of Alabama denied for the reason that it does not appear from the record or from the papers submitted that the judgment is final. Mr. Erle Pettus for petitioner. Messrs. Sidney S. Alderman, J. T. Stokely, H. G. Hedrick and S. R. Prince for respondent.

No. 878. CARNAHAN v. NIERSTHEIMER, WARDEN. February 12, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

No. 858. ILLINOIS COMMERCE COMMISSION ET AL. v. ILLINOIS CENTRAL RAILROAD Co. See ante, p. 823.